**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-1570**

---

RONALD LOUIS STAVES,

Plaintiff - Appellant,

versus

CHARLES T. PETERS, JR., Director; WILLIAM R.
MYERS, JR., Senior Structural Engineer; CLAUDE
G. COOPER; DYETT B. ELLIS, Senior Building
Inspector,

Defendants - Appellees.

---

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond. Richard L. Williams, Senior District Judge. (CA-95-1038-R)

---

Submitted: November 21, 1996      Decided: December 3, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Ronald Louis Staves, Appellant Pro Se. Beverly Agee Burton, Assistant City Attorney, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's orders dismissing his employment discrimination action and denying reconsideration of the dismissal. We have reviewed the record and the district court's opinions and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Staves v. Peters</u>, No. CA-95-1038-R (E.D. Va. Mar. 12 & 20, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>